1    I, Glenna O'Dell., declare as follows:

2    1.    I am a Plaintiff in this action, and am a citizen of the State of California.  I have

3    personal knowledge of the facts herein and, if called as a witness, I could and would testify

4    competently thereto.

5

6    2.    The Complaint in this action, filed concurrently with this Declaration, is filed in the

7    proper place for trial under Civil Code Section 1780(d) in that    ORANGE    County is a county in

8    which Defendants are doing business.

9

10    I declare under penalty of perjury under the laws of the State of California that the foregoing is

11    true and correct.

12

13    _Glenna O'Dell_

14    Glenna O'Dell

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

I, Eleanor Lanigan, declare as follows:

1.      I am a Plaintiff in this action, and am a citizen of the State of California. I have personal knowledge of the facts herein and, if called as a witness, I could and would testify competently thereto.

2.      The Complaint in this action, filed concurrently with this Declaration, i filed in the proper place for trial under Civil Code Section 1780(d) in that ORANGE County is a county in which Defendants are doing business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Eleanor Lanigan*
Eleanor Lanigan

- 1 -
DECLARATION RE VENUE

EXHIBIT 2

36

I, Michael Martinez, declare as follows:

1.      I am a Plaintiff in this action, and am a citizen of the State of California.  I have personal knowledge of the facts herein and, if called as a witness, I could and would testify competently thereto.

2.      The Complaint in this action, filed concurrently with this Declaration, is filed in the proper place for trial under Civil Code Section 1780(d) in that   Orange      County is a county in which Defendants are doing business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Michael Martinez

- 1 -
DECLARATION RE VENUE
EXHIBIT 3

37

I, Monica Fernandez, declare as follows:

1.     I am a Plaintiff in this action, and am a citizen of the State of California.  I have personal knowledge of the facts herein and, if called as a witness, I could and would testify competently thereto.

2.     The Complaint in this action, filed concurrently with this Declaration, is filed in the proper place for trial under Civil Code Section 1780(d) in that ORANGE County is a county in which Defendants are doing business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Monica Fernandez

- 1 -
DECLARATION RE VENUE
EXHIBIT 4

*38*

1    I, Gemis Anthony Rangel, declare as follows:

2    1.    I am a Plaintiff in this action, and am a citizen of the State of California. I have

3    personal knowledge of the facts herein and, if called as a witness, I could and would testify

4    competently thereto.

5

6    2.    The Complaint in this action, filed concurrently with this Declaration, is filed in the

7    proper place for trial under Civil Code Section 1780(d) in that **ORANGE** County is a county in

8    which Defendants are doing business.

9

10    I declare under penalty of perjury under the laws of the State of California that the foregoing is

11    true and correct.

12

13

14    Gemis Anthony Rangel

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

DECLARATION RE VENUE

**EXHIBIT 5**

*89*



NEWPORT
TRIAL GROUP
*A Professional Corporation*

895 Dove Street. Suite 425
Newport Beach. CA 92660
Phone (949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

September 2, 2011

## BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Boiron, Inc.
Boiron USA Inc.
6 Campus Blvd., Building A
Newton Square, PA 19073
Attn: Chief Executive Officer

Laboratories Boiron
20 rue de la Libération
69110 Sainte Foy Les Lyon
France
Attention: President and CEO

    *Re:    Ongoing Violations of California Consumer Legal Remedies Act*

Dear Madame or Sir:

    I am writing on behalf of an individual Californian, as well as a class of similarly situated persons, to advise you that we believe you are violating the California Consumer Legal Remedies Act.

    You market and sell a product known as "ColdCalm." You market it as a remedy for the common cold and cold-like symptoms, including "sneezing, runny nose, nasal congestion, sinus pain, headaches, nasal discharge, and sore throat."

    In reality, ColdCalm has no effect on the common cold or cold-like symptoms and is of no medicinal value.

    We believe that your marketing, advertising, and distribution of ColdCalm violate the California Consumer Legal Remedies Act by falsely representing that

LITIGATION

EXHIBIT 6

*40*

September 2, 2011
Page 2

the product has characteristics, uses and benefits which it does not have.

We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of ColdCalm and provide all consumers who have purchased the product with a full refund.

Given that our primary goal is to enjoin the false advertising claims, we will agree to take no further action in this matter if you will agree to conform your conduct to the requirements and prohibitions of the California Consumer Legal Remedies Act.

Very truly yours,

NEWPORT TRIAL GROUP
A Professional Corporation

Ryan M. Ferrell

EXHIBIT 6

41



# NEWPORT
## TRIAL GROUP
*A Professional Corporation*

895 Dove Street, Suite 425
Newport Beach, CA 92660
Phone (949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

September 2, 2011

## BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Boiron, Inc.
Boiron USA Inc.
6 Campus Blvd., Building A
Newton Square, PA 19073
Attn:  Chief Executive Officer

Laboratories Boiron
20 rue de la Libération
69110 Sainte Foy Les Lyon
France
Attention: President and CEO

> Re:    *Ongoing Violations of California Consumer Legal Remedies Act*

Dear Madame or Sir:

I am writing on behalf of an individual Californian, as well as a class of similarly situated persons, to advise you that we believe you are violating the California Consumer Legal Remedies Act.

You market and sell a product known as "Arnicare Arthritis." You market it as a remedy for pain associated with arthritis.

In reality, Arnicare Arthritis has no effect on arthritis or pain.  Many of the ingredients of Arnicare Arthritis are toxic and would be dangerous to your consumers if they were present in an appreciable level.

We believe that your marketing, advertising, and distribution of Arnicare Arthritis violate the California Consumer Legal Remedies Act by falsely

L I T I G A T I O N

EXHIBIT 7

42

September 2, 2011
Page 2

representing that the product has characteristics, uses and benefits which it does not have.

We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of Arnicare Arthritis and provide all consumers who have purchased the product with a full refund.

Given that our primary goal is to enjoin the false advertising claims, we will agree to take no further action in this matter if you will agree to conform your conduct to the requirements and prohibitions of the California Consumer Legal Remedies Act.

Very truly yours,

NEWPORT TRIAL GROUP
A Professional Corporation

Ryan M. Ferrell

EXHIBIT 7

43



**NEWPORT**
T R I A L   G R O U P
*A Professional Corporation*

895 Dove Street. Suite 425
Newport Beach. CA 92660
Phone (949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

September 2. 2011

## BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Boiron, Inc.
Boiron USA Inc.
6 Campus Blvd., Building A
Newton Square, PA 19073
Attn:  Chief Executive Officer

Laboratories Boiron
20 rue de la Libération
69110 Sainte Foy Les Lyon
France
Attention: President and CEO

    *Re:*   *Ongoing Violations of California Consumer Legal Remedies Act*

Dear Madame or Sir:

I am writing on behalf of an individual Californian, as well as a class of similarly situated persons, to advise you that we believe you are violating the California Consumer Legal Remedies Act.

You market and sell a product known as "Chestal." You market it as a remedy for cough and congestion.

In reality, Chestal has no effect on cough or congestion.  Many of the ingredients of Chestal, are toxic and would be dangerous to your consumers if they were present in an appreciable level.

We believe that your marketing, advertising, and distribution of Chestal violate the California Consumer Legal Remedies Act by falsely representing that

*44*

September 2, 2011
Page 2

the product has characteristics, uses and benefits which it does not have.

We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of Chestal and provide all consumers who have purchased the product with a full refund.

Given that our primary goal is to enjoin the false advertising claims, we will agree to take no further action in this matter if you will agree to conform your conduct to the requirements and prohibitions of the California Consumer Legal Remedies Act.

Very truly yours,

NEWPORT TRIAL GROUP
A Professional Corporation

Ryan M. Ferrell

EXHIBIT 8

45



**NEWPORT**
T R I A L   G R O U P
*A Professional Corporation*

895 Dove Street, Suite 425
Newport Beach, CA 92660
Phone (949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

September 2, 2011

## BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Boiron, Inc.
Boiron USA Inc.
6 Campus Blvd., Building A
Newton Square, PA 19073
Attn:  Chief Executive Officer

Laboratories Boiron
20 rue de la Libération
69110 Sainte Foy Les Lyon
France
Attention: President and CEO

     *Re:     Ongoing Violations of California Consumer Legal Remedies Act*

Dear Madame or Sir:

I am writing on behalf of an individual Californian, as well as a class of similarly situated persons, to advise you that we believe you are violating the California Consumer Legal Remedies Act.

You market and sell a product known as "Quietude." You market it as a remedy for sleeplessness and restless sleep.

In reality, Quietude has no effect on sleeplessness or restless sleep.  Many of the ingredients of Quietude are toxic and would be dangerous to your consumers if they were present in an appreciable level.

We believe that your marketing, advertising, and distribution of ColdCalm violate the California Consumer Legal Remedies Act by falsely representing that

L I T I G A T I O N

EXHIBIT 9

46

September 2, 2011
Page 2

the product has characteristics, uses and benefits which it does not have.

We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of Quietude and provide all consumers who have purchased the product with a full refund.

Given that our primary goal is to enjoin the false advertising claims, we will agree to take no further action in this matter if you will agree to conform your conduct to the requirements and prohibitions of the California Consumer Legal Remedies Act.

Very truly yours,

NEWPORT TRIAL GROUP
A Professional Corporation

Ryan M. Ferrell

EXHIBIT 9

47



895 Dove Street, Suite 425
Newport Beach, CA 92660
Phone (949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

December 1, 2011

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Boiron, Inc.
6 Campus Blvd. Buidling A
Newton Square, PA 19073-3200

      Re:    *Violations of California Consumer Protection Laws and Breach of Warranties*

Dear Sir or Madam:

I am following up on my letter pursuant to the California Consumers Legal Remedies Act ("CLRA") dated September 2, 2011. As previously stated, we believe that your conduct in connection with the marketing, sale and advertisement of Chestal violates the CLRA as to a class of California consumers who purchased this product.

You market and sell Chestal as a remedy for coughs and cough symptoms, and claim that it "loosens thick mucus", "relieves dry and painful cough", "relieves cough associated with a tickling in the throat", "relieves barking cough worse at night", "relieves cough associated with nausea", "relieves wet cough associated with the day becoming dry at night", relieves dry cough triggered by cold air", "relieves dry, croupy and barking cough", and "relieves nighttime hacking cough."

In reality, Chestal does not treat coughs and cough symptoms and is of no medicinal value whatsoever.

As such, we believe that you are advertising Chestal as having characteristics, uses and benefits that it does not have in violation of the CLRA. We further believe that the aforementioned representations regarding the purported benefits, qualities and characteristics of Chestal constitutes: (1) breach of express warranty; (2) breach of the implied warranty of fitness for a particular purpose; (3) negligent misrepresentation; (4) a violation of California's False Advertising Law (Cal. Bus. & Prof. Code § 17500 *et seq.*); and (5) a violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*).

EXHIBIT 10

48

December 1, 2011
Page 2


We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of this product and provide all consumers who have purchased the product with a full refund.  Given that our primary goal is to enjoin the false labeling and advertising claims, we will agree to take no further action in this matter if you will agree to conform your conduct to the requirements and prohibitions of the California Consumer Legal Remedies Act.

Very truly yours,

NEWPORT TRIAL GROUP

Ryan M. Ferrell

EXHIBIT 10



NEWPORT
TRIAL GROUP
*A Professional Corporation*

895 Dove Street, Suite 425
Newport Beach, CA 92660
Phone (949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

December 1, 2011

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Boiron USA, Inc.
6 Campus Blvd. Buidling A
Newton Square, PA 19073-3200

   Re:  *Violations of California Consumer Protection Laws and Breach of Warranties*

Dear Sir or Madam:

   I am following up on my letter pursuant to the California Consumers Legal Remedies Act ("CLRA") dated September 2, 2011.  As previously stated, we believe that your conduct in connection with the marketing, sale and advertisement of Chestal violates the CLRA as to a class of California consumers who purchased this product.

   You market and sell Chestal as a remedy for coughs and cough symptoms, and claim that it "loosens thick mucus", "relieves dry and painful cough", "relieves cough associated with a tickling in the throat", "relieves barking cough worse at night", "relieves cough associated with nausea", "relieves wet cough associated with the day becoming dry at night", relieves dry cough triggered by cold air", "relieves dry, croupy and barking cough", and "relieves nighttime hacking cough."

   In reality, Chestal does not treat coughs and cough symptoms and is of no medicinal value whatsoever.

   As such, we believe that you are advertising Chestal as having characteristics, uses and benefits that it does not have in violation of the CLRA.  We further believe that the aforementioned representations regarding the purported benefits, qualities and characteristics of Chestal constitutes: (1) breach of express warranty; (2) breach of the implied warranty of fitness for a particular purpose; (3) negligent misrepresentation; (4) a violation of California's False Advertising Law (Cal. Bus. & Prof. Code § 17500 *et seq.*); and (5) a violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*).

EXHIBIT 10

*50*

December 1, 2011
Page 2

     We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of this product and provide all consumers who have purchased the product with a full refund.  Given that our primary goal is to enjoin the false labeling and advertising claims, we will agree to take no further action in this matter if you will agree to conform your conduct to the requirements and prohibitions of the California Consumer Legal Remedies Act.

                    Very truly yours,

                    NEWPORT TRIAL GROUP

                    Ryan M. Ferrell

EXHIBIT 10

51



NEWPORT
T R I A L   G R O U P
*A Professional Corporation*

895 Dove Street, Suite 425
Newport Beach, CA 92660
Phone (949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

December 1, 2011

## BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Boiron USA, Inc.
6 Campus Blvd. Buidling A
Newton Square, PA 19073-3200

Re:    *Violations of California Consumer Protection Laws and Breach of Warranties*

Dear Sir or Madam:

I am following up on my letter pursuant to the California Consumers Legal Remedies Act ("CLRA") dated September 2, 2011.  As previously stated, we believe that your conduct in connection with the marketing, sale and advertisement of Quietude violates the CLRA as to a class of California consumers who purchased this product.

You market and sell Quietude as a remedy for sleeplessness and restless sleep, and claim that it treats: "restless sleep associated with nervousness", "restless sleep [generally]", "sleeplessness associated with worries and exhaustion", and "sleeplessness with intermittent awakening."

In reality, Quietude does not treat coughs and cough symptoms and is of no medicinal value whatsoever.

As such, we believe that you are advertising Quietude as having characteristics, uses and benefits that it does not have in violation of the CLRA.  We further believe that the aforementioned representations regarding the purported benefits, qualities and characteristics of Quietude constitutes: (1) breach of express warranty; (2) breach of the implied warranty of fitness for a particular purpose; (3) negligent misrepresentation; (4) a violation of California's False Advertising Law (Cal. Bus. & Prof. Code § 17500 *et seq.*); and (5) a violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*).

We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of this product and provide all consumers who have purchased the product with a full refund.  Given that our primary goal is to enjoin the false labeling and

EXHIBIT 10

52

December 1, 2011
Page 2

advertising claims, we will agree to take no further action in this matter if you will agree to conform your conduct to the requirements and prohibitions of the California Consumer Legal Remedies Act.

Very truly yours,

NEWPORT TRIAL GROUP

Ryan M. Ferrell

EXHIBIT 10

53



NEWPORT
T R I A L   G R O U P
*A Professional Corporation*

895 Dove Street, Suite 425
Newport Beach, CA 92660
Phone (949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

December 1, 2011

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Boiron, Inc.
6 Campus Blvd. Buidling A
Newton Square, PA 19073-3200

      Re:    *Violations of California Consumer Protection Laws and Breach of Warranties*

Dear Sir or Madam:

      I am following up on my letter pursuant to the California Consumers Legal Remedies Act ("CLRA") dated September 2, 2011.  As previously stated, we believe that your conduct in connection with the marketing, sale and advertisement of Quietude violates the CLRA as to a class of California consumers who purchased this product.

      You market and sell Quietude as a remedy for sleeplessness and restless sleep, and claim that it treats: "restless sleep associated with nervousness", "restless sleep [generally]", "sleeplessness associated with worries and exhaustion", and "sleeplessness with intermittent awakening."

      In reality, Quietude does not treat coughs and cough symptoms and is of no medicinal value whatsoever.

      As such, we believe that you are advertising Quietude as having characteristics, uses and benefits that it does not have in violation of the CLRA.  We further believe that the aforementioned representations regarding the purported benefits, qualities and characteristics of Quietude constitutes: (1) breach of express warranty; (2) breach of the implied warranty of fitness for a particular purpose; (3) negligent misrepresentation; (4) a violation of California's False Advertising Law (Cal. Bus. & Prof. Code § 17500 *et seq.*); and (5) a violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*).

      We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of this product and provide all consumers who have purchased the product with a full refund.  Given that our primary goal is to enjoin the false labeling and

EXHIBIT 10

54

December 1, 2011
Page 2

advertising claims, we will agree to take no further action in this matter if you will agree to conform your conduct to the requirements and prohibitions of the California Consumer Legal Remedies Act.

Very truly yours,

NEWPORT TRIAL GROUP

Ryan M. Ferrell

EXHIBIT 10

55



**NEWPORT**
T R I A L   G R O U P
*A Professional Corporation*

895 Dove Street, Suite 425
Newport Beach, CA 92660
Phone (949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

December 1, 2011

## BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Boiron USA, Inc.
6 Campus Blvd. Buidling A
Newton Square, PA 19073-3200

    Re:    *Violations of California Consumer Protection Laws and Breach of Warranties*

Dear Sir or Madam:

    I am following up on my letter pursuant to the California Consumers Legal Remedies Act ("CLRA") dated September 2, 2011. As previously stated, we believe that your conduct in connection with the marketing, sale and advertisement of ColdCalm violates the CLRA as to a class of California consumers who purchased this product.

    You market and sell ColdCalm as a remedy for the common cold and cold-like symptoms, and claim that it treats: "sneezing and runny nose", "nasal congestion", "sinus pain", "headaches", "nasal discharge", "sneezing attacks", and "sore throat".

    In reality, ColdCalm does not treat the common cold and cold-like symptoms and is of no medicinal value whatsoever.

    As such, we believe that you are advertising ColdCalm as having characteristics, uses and benefits that it does not have in violation of the CLRA. We further believe that the aforementioned representations regarding the purported benefits, qualities and characteristics of ColdCalm constitutes: (1) breach of express warranty; (2) breach of the implied warranty of fitness for a particular purpose; (3) negligent misrepresentation; (4) a violation of California's False Advertising Law (Cal. Bus. & Prof. Code § 17500 *et seq.*); and (5) a violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*).

    We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of this product and provide all consumers who have purchased the product with a full refund. Given that our primary goal is to enjoin the false labeling and advertising claims, we will agree to take no further action in this matter if you will agree to

EXHIBIT 10

*56*

December 1, 2011
Page 2

conform your conduct to the requirements and prohibitions of the California Consumer Legal Remedies Act.

Very truly yours,

NEWPORT TRIAL GROUP

Ryan M. Ferrell

EXHIBIT 10

*57*



NEWPORT
T R I A L   G R O U P
*A Professional Corporation*

895 Dove Street, Suite 425
Newport Beach, CA 92660
Phone (949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

December 1, 2011

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Boiron, Inc.
6 Campus Blvd. Buidling A
Newton Square, PA 19073-3200

Re:     *Violations of California Consumer Protection Laws and Breach of Warranties*

Dear Sir or Madam:

I am following up on my letter pursuant to the California Consumers Legal Remedies Act ("CLRA") dated September 2, 2011. As previously stated, we believe that your conduct in connection with the marketing, sale and advertisement of ColdCalm violates the CLRA as to a class of California consumers who purchased this product.

You market and sell ColdCalm as a remedy for the common cold and cold-like symptoms, and claim that it treats: "sneezing and runny nose", "nasal congestion", "sinus pain", "headaches", "nasal discharge", "sneezing attacks", and "sore throat".

In reality, ColdCalm does not treat the common cold and cold-like symptoms and is of no medicinal value whatsoever.

As such, we believe that you are advertising ColdCalm as having characteristics, uses and benefits that it does not have in violation of the CLRA. We further believe that the aforementioned representations regarding the purported benefits, qualities and characteristics of ColdCalm constitutes: (1) breach of express warranty; (2) breach of the implied warranty of fitness for a particular purpose; (3) negligent misrepresentation; (4) a violation of California's False Advertising Law (Cal. Bus. & Prof. Code § 17500 *et seq.*); and (5) a violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*).

We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of this product and provide all consumers who have purchased the product with a full refund. Given that our primary goal is to enjoin the false labeling and advertising claims, we will agree to take no further action in this matter if you will agree to

EXHIBIT 10



December 1, 2011
Page 2

conform your conduct to the requirements and prohibitions of the California Consumer Legal
Remedies Act.

Very truly yours,

NEWPORT TRIAL GROUP

Ryan M. Ferrell

EXHIBIT 10

*59*



**NEWPORT**
T R I A L   G R O U P
*A Professional Corporation*

895 Dove Street, Suite 425
Newport Beach, CA 92660
Phone (949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

December 1, 2011

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Boiron, Inc.
6 Campus Blvd. Buidling A
Newton Square, PA 19073-3200

Re:   *Violations of California Consumer Protection Laws and Breach of Warranties*

Dear Sir or Madam:

I am following up on my letter pursuant to the California Consumers Legal Remedies Act ("CLRA") dated September 2, 2011. As previously stated, we believe that your conduct in connection with the marketing, sale and advertisement of Arnicare Arthritis violates the CLRA as to a class of California consumers who purchased this product.

You market and sell Arnicare Arthritis as a remedy for arthritis and arthritis symptoms, and claim that it treats: "trauma and muscle soreness", "pain in the wrists", "muscle and joint pain", "joint pain worsened by damp weather", "joint pain worsened by heat and slow motion", "neuralgic pain", "joint pain worsened at night", "rheumatic pains", and "joint pains worsened by rest and humidity".

In reality, Arnicare Arthritis does not treat arthritis or arthritis symptoms and is of no medicinal value whatsoever.

As such, we believe that you are advertising Arnicare Arthritis as having characteristics, uses and benefits that it does not have in violation of the CLRA. We further believe that the aforementioned representations regarding the purported benefits, qualities and characteristics of Arnicare Arthritis constitutes: (1) breach of express warranty; (2) breach of the implied warranty of fitness for a particular purpose; (3) negligent misrepresentation; (4) a violation of California's False Advertising Law (Cal. Bus. & Prof. Code § 17500 *et seq.*); and (5) a violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*).

We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of this product and provide all consumers who have purchased the

EXHIBIT 10

60

December 1, 2011
Page 2

product with a full refund.  Given that our primary goal is to enjoin the false labeling and advertising claims, we will agree to take no further action in this matter if you will agree to conform your conduct to the requirements and prohibitions of the California Consumer Legal Remedies Act.

Very truly yours,

NEWPORT TRIAL GROUP

Ryan M. Ferrell

EXHIBIT 10

61



895 Dove Street, Suite 425<br>
Newport Beach, CA 92660<br>
Phone (949) 706-6464<br>
Fax (949) 706-6469<br>
www.trialnewport.com

# NEWPORT
## TRIAL GROUP
*A Professional Corporation*

December 1, 2011

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Boiron USA, Inc.
6 Campus Blvd. Buidling A
Newton Square, PA 19073-3200

      Re:    *Violations of California Consumer Protection Laws and Breach of Warranties*

Dear Sir or Madam:

      I am following up on my letter pursuant to the California Consumers Legal Remedies Act ("CLRA") dated September 2, 2011.  As previously stated, we believe that your conduct in connection with the marketing, sale and advertisement of Arnicare Arthritis violates the CLRA as to a class of California consumers who purchased this product.

      You market and sell Arnicare Arthritis as a remedy for arthritis and arthritis symptoms, and claim that it treats: "trauma and muscle soreness", "pain in the wrists", "muscle and joint pain", "joint pain worsened by damp weather", "joint pain worsened by heat and slow motion", "neuralgic pain", "joint pain worsened at night", "rheumatic pains", and "joint pains worsened by rest and humidity".

      In reality, Arnicare Arthritis does not treat arthritis or arthritis symptoms and is of no medicinal value whatsoever.

      As such, we believe that you are advertising Arnicare Arthritis as having characteristics, uses and benefits that it does not have in violation of the CLRA.  We further believe that the aforementioned representations regarding the purported benefits, qualities and characteristics of Arnicare Arthritis constitutes: (1) breach of express warranty; (2) breach of the implied warranty of fitness for a particular purpose; (3) negligent misrepresentation; (4) a violation of California's False Advertising Law (Cal. Bus. & Prof. Code § 17500 *et seq.*); and (5) a violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200 *et seq.*).

      We respectfully request that you agree to irrevocably stop all false and misleading advertising and labeling of this product and provide all consumers who have purchased the

EXHIBIT 10



December 1, 2011
Page 2

product with a full refund.   Given that our primary goal is to enjoin the false labeling and advertising claims, we will agree to take no further action in this matter if you will agree to conform your conduct to the requirements and prohibitions of the California Consumer Legal Remedies Act.

Very truly yours,

NEWPORT TRIAL GROUP

Ryan M. Ferrell

EXHIBIT 10

63