CLIFFORD H. PEARSON (Bar No. 108523)
cpearson@pswplaw.com
DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pswplaw.com
BOBBY POUYA (Bar No. 245527)
bpouya@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

SCOTT J. FERRELL (Bar No. 202091)
sferrell@trialnewport.com
JAMES B. HARDIN (Bar No. 205071)
jhardin@trialnewport.com
STEVEN R. TELLES (Bar No. 246514)
stelles@trialnewport.com
RYAN M. FERRELL (Bar No. 258037)
rferrell@trialnewport.com
**NEWPORT TRIAL GROUP**
895 Dove Street, Suite 425
Newport Beach, California 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA FERNANDEZ; ELEANOR LANIGAN; MICHAEL MARTINEZ; GLENNA O'DELL; and GEMIS RANGEL, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BOIRON, INC.; BOIRON USA, INC.; and DOES 1-25, Inclusive,<br><br>Defendants. | Case No.: **SACV11-01867 CJC (MLGx)**<br><br>**CLASS ACTION**<br><br>**NOTICE OF RELATED CASE**<br><br>[L.R. 83-1.3]<br><br>Trial Date: None |

- 1 -
NOTICE OF RELATED CASE

1  Pursuant to Local Rule 83-1.3, Plaintiffs MONICA FERNANDEZ, ELEANOR
2  LANIGAN, MICHAEL MARTINEZ, GLENNA O'DELL, and GEMIS RANGEL
3  hereby notify the Court that this civil case may be related to the following case which
4  was previously filed or currently pending in this Court:

- *DelaRosa v. Boiron, Inc.*, Case No. . SACV 10-1569-JST (CWx)

This case may be related to the above-listed case because they arise from the same or closely related transactions. L.R. 83-1.3.1(a). This civil case arises from a common practice of Defendant Boiron concerning alleged false and or misleading statements regarding the efficacy of several of its homeopathic products.

The *DelaRosa* matter is a *certified* class action which challenges the efficacy of Defendant's product, Children's ColdCalm. The *DelaRosa* case is pending before the Honorable Josephine Staton Tucker in which the similar factual and the same legal issues present in the instant case have been substantially adjudicated.

These cases should be related because they call for determination of the same questions of law. The *DelaRosa* court has already adjudicated Defendant's motion to dismiss and certified the case as a class action. Undoubtedly, Defendant will make the same arguments in the instant action as it made in *DelaRosa* resulting in duplication of judicial labor if heard by different judges.

Respectfully submitted,

Dated: December 2, 2011

NEWPORT TRIAL GROUP
A Professional Corporation

By: _____
Scott J. Ferrell
Attorneys for Plaintiff and the Class